```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

     OCT 1 8 2002

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | FILE NO. 02CR-993-PHX-FJM |
| ) | |
| Plaintiff, ) | **ORDER FOR SUBSTITUTION** |
| ) | **OF COUNSEL** |
| v. ) | |
| ) | |
| Adalberto Robles, ) | |
| ) | |
| Defendant. ) | |

Having reviewed the Motion for Substitution of Counsel, and good cause appearing,

IT IS HEREBY ORDERED that James F. Metcalf be substituted in the place of Clark Derrick as attorney of record for the above-named defendant.

Dated this 16th day of October, 2002.

_____
Honorable Virginia A. Mathis
United States District Judge

Copy of the foregoing mailed
this _____ day of October, 2002, to:

Assistant U.S. Attorney's Office
780 E. 39th Place
Yuma, AZ  85365-4905

1  Clark Derrick
   Kimerer & Derrick, P.C.
2  221 East Indianola Avenue
   Phoenix, AZ  85012-2002
3
   US Probation Office
4  401 West Washington Street, SPC 7
   Suite 160
5  Phoenix, AZ  85003-2119

6  James F. Metcalf
   Metcalf & Metcalf, P.C.
7  217 South Second Avenue
   Yuma, AZ  85364
8

9  by _____
        Nercy Lopez
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28