IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES - STATUS HEARING

Phoenix Division

**CR 02-993 PHX FJM**    DATE: 11/18/2002
Year    Case No.    Dft #

HON: __FREDERICK J. MARTONE__    Judge # 7028

USA v. __Wanchuk, Ronald et al.__
         Last Name    First Name    Middle Initial

Deputy Clerk: Kelly Branding    Court Reporter: Linda Schroeder-Willis

U.S Atty: Peter Sexton    Dft counsel: See below

5-Wanchuk, Ronald (not present/released) represented by Lawrence A. Hammond (ret.)
6-Gamblin, Janice G. (not present/released) represented by Lawrence Hammond for Thomas M. Hoidal (ret.)
7-Clemans, William J. (not present/released) represented by Melvin A. McDonald (ret)–NOT PRESENT
8-Robles, Adalberto (not present/released) represented by Hayden Hanna for James Metcalf (ret.)

═══════════════════════════════════════════════════════════════════

__ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
   B/W issued.

**PROCEEDINGS**:   X Open Court   _Chambers   _Other

Status hearing is held regarding the December 3, 2002 trial date.

With respect to defendant's request for discovery [doc. 26], counsel shall compose a discovery plan and submit it to the Court prior to the next hearing date.

IT IS ORDERED granting defendant Gamblin's motion to continued trial [filed 11/18/02]. Trial and a status conference re: discovery proposal are set for __January 21, 2003 at 4:00 p.m.__

The Court designates this a complex case.

Excludable delay pursuant to 18 U.S.C. §3161(h)(1)(F) commences on __11/18/02__ for a total of __64__ days.

(40)