ALEXANDER POULOS (SBN 012319)



THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016–4237
TELEPHONE: (602) 255-6000
FACSIMILE:  (602) 255-0103
EMAIL: AP@TBLAW.COM

Attorneys for Petitioner Tight Lines International (successor in interest of Group Angelil International Holdings, LLC) and Robert Johnson

UNITED STATES DISTRICT COURT IN THE

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>    vs.<br><br>KWIKMED, INC.,<br>CYMEDIC HEALTH GROUP, INC.,<br>KEITH B. SALVATO,<br>KIMBERLYN L. SALVATO,<br>RONALD N. WANCHUK,<br>JANICE G. GAMBLIN,<br>WILLILAM J. CLEMANS,<br>ADABERTO ROBLES.<br><br>                    Defendants,<br><br>    And<br><br>GROUPE ANGELIL INTERNATIONAL HOLDINGS, S.A., ROBERT JOHNSON and TIGHT LINES INTERNATIONAL, LLC,<br><br>                    Intervenors. | Case No.: CR 02-993-PHX-FJM<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE OF INTERVENORS' PETITIONS, CLAIMS, OR MOTIONS FILED IN THIRD PARTY ANCILLARY PROCEEDINGS UNDER PRESENT CASE NUMBER<br><br>(Assigned to the Honorable Frederick J. Martone) |

The United States of America and Intervenors Tight Lines International Holdings, S.A., and Robert Johnson, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, submit this Stipulation Of Dismissal With Prejudice Of Intervenors' Petitions, Claims Or Motions Filed In Third Party Ancillary Proceedings Under Present Case Number.

This Stipulation is filed pursuant to the Settlement Agreement reached by Plaintiff and Intervenors resolving all of Intervenors' pending petitions, motions, and claims before the District Court and Court of Appeals in the above case number.

There are no other parties to these third party ancillary proceedings whose agreement or participation is required for the filing of this Stipulation.

Plaintiff and Intervenors are to bear their own costs and attorney's fees incurred in these third party ancillary proceedings.

DATED this 21ST of October, 2009.

**TIFFANY & BOSCO, P.A.**

By: /s/ Alexander Poulos
    Alexander Poulos
    Third Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016-4237
    Attorneys for Interveners

**United States of America**

By: /s/Peter Sexton
    Peter Sexton
    Assistant United States Attorney
    40 North Central Avenue, Ste. 1200
    Phoenix, AZ 85004

Electronically filed this 21st day
of October, 2009, with:

Clerk of the United States District Court
District of Arizona
401 West Washington Street
Phoenix, AZ 85003

COPY of the forgoing e-mailed
this 19th day of October, 2008, to:

Honorable Frederick J. Martone
United States District Court of Arizona
401 West Washington St., SPC 62
Phoenix, AZ 85003


/s/ Madelyn Loftus

UNITED STATES DISTRICT COURT IN THE

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff,<br><br> vs.<br><br>KWIKMED, INC.,<br>CYMEDIC HEALTH GROUP, INC.,<br>KEITH B. SALVATO,<br>KIMBERLYN L. SALVATO,<br>RONALD N. WANCHUK,<br>JANICE G. GAMBLIN,<br>WILLILAM J. CLEMANS,<br>ADABERTO ROBLES.<br><br>      Defendants,<br><br> And<br><br>GROUPE ANGELIL INTERNATIONAL HOLDINGS, S.A., ROBERT JOHNSON and TIGHT LINES INTERNATIONAL, LLC,<br><br>      Intervenors. | Case No.: CR 02-993-PHX-FJM<br><br>ORDER OF DISMISSAL WITH PREJUDICE<br><br>(Assigned to the Honorable Frederick J. Martone) |

  The Court having received a Stipulation Of Dismissal With Prejudice Of Intervenors' Petitions, Claims Or Motions Filed In Third Party Ancillary Proceedings Under Present Case Number in the above case number,

  GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED**,

  Dismissing with prejudice any and all pending petitions, motions, and claims in third party ancillary proceedings filed and/or alleged by Intervenors in the above case number.